# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 2 - 2014

DAVID J. MALAND, CLERK

BY
DEPUTY _____

4:12cv 290

No. 14-40127

———————————

VALDA MORGAN,

        Plaintiff - Appellant

v.

DENTON INDEPENDENT SCHOOL DISTRICT; DENTON
INDEPENDENT SCHOOL DISTRICT TRUSTEES,

        Defendants - Appellees

———————————

Appeal from the United States District Court for the
Eastern District of Texas, Sherman

———————————

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of April 25, 2014,
pursuant to appellant's motion.

                    LYLE W. CAYCE
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

                    *Jim deMontluzin*

                    By: _____
                      James deMontluzin, Deputy Clerk

        ENTERED AT THE DIRECTION OF THE COURT